LDV/2008R00038

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Criminal No. 08-51 (FLW) |
| RAMON ESPINOSA | : 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

In or about December 2007, in the District of New Jersey, and elsewhere, the defendant

### RAMON ESPINOSA

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 1 kilogram or more of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
United States Attorney

**RECEIVED**

JAN 15 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

CASE NUMBER: 08-

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

Ramon Espinosa

**INDICTMENT FOR**

21 U.S.C. § 846

A True Bill,

CHRISTOPHER J. CHRISTIE
*U.S. Attorney*
*Newark, New Jersey*

Lee D. Vartan
*Assistant U.S. Attorney*
(973) 645-2762