# *FERNANDO IAMURRI, P.C.*

ATTORNEY AT LAW

289 STUYVESANT AVENUE
LYNDHURST, NJ 07071

TEL: (201) 438-0007
FAX: (201) 438-4441
E-MAIL: Fiamlaw@aol.com



January 24, 2008

United States District Court
M.L. King, Jr. Federal Bldg.
Criminal Case Management
50 Walnut Street
Newark, NJ 07102

RE:  State vs. Espinosa
Criminal No. 08-51 (FLW)

Dear Sir or Madam,

Please be advised my firm has been retained to represent the defendant, Ramon Espinosa with regard to the Indictment above to which the defendant pleads not guilty.

By copy of this letter to the U.S. Attorney's Office, I am requesting that they supply my office with any and all discovery in this case.

Thank you for your attention to this matter.

Very Truly Yours,

Fernando Iamurri, Esq.

FI/as
Cc:
U.S. Department of Justice
United States Attorney's Office
Attn: Lee Vartan, Esq.
Peter Rodino, Jr. Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

Mr. Ramon Dario Espinosa
366 Van Houten Ave
Passaic, NJ 07055