UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-51 |
| RAMON ESPINOSA | : | <u>SCHEDULING AND CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Ramon Espinosa (by Fernando Iamurri, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any motions no later than November 7, 2008;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than November 28, 2008;

IT IS FURTHER ORDERED that argument of any motions filed shall be December 12, 2008;

IT IS FURTHER ORDERED that the trial in this matter is set for December 29, 2008; and

IT IS FURTHER ORDERED that the period from October 7, 2008 through December 29, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the

United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

_____  10/10/08
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Ramon Espinosa

_____
Fernando Iamurri, Esq.
Counsel for defendant Espinosa

_____
Lee D. Vartan
Assistant U.S. Attorney