2008R00038/LDV

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L Wolfson |
| v. | : | Crim. No. 09-51 |
| RAMON ESPINOSA | : | 21 U.S.C. § 846 |

### INFORMATION

The defendant having waived in open court prosecution by Indictment, the Acting United States Attorney for the District of New Jersey charges:

In or about December 2007, in the District of New Jersey and elsewhere, defendant

### RAMON ESPINOSA

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: 2008R00038

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

RAMON ESPINOSA

# INFORMATION FOR

21 U.S.C. § 846

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY NEWARK, NEW JERSEY

LEE D. VARTAN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2762